UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Waymouth Farms, Inc.,

    Plaintiff and
    Counterclaim Defendant,

v.                                           Civil No. 05-1505 (JNE/SRN)
                                              **SPECIAL VERDICT FORM**

Raisin Valley Farms Marketing, LLC, and
Marvin and Laura Horne dba Raisin
Valley Farms

    Defendants and
    Counterclaim Plaintiffs.

---

1. Did Waymouth Farms prove that the defendants delivered raisins contaminated with birdshot to Waymouth Farms?

                                                      Yes _____

                                                      No   __X__

    a. If no, proceed to question #2.
       If yes, did Waymouth Farms prove that defendants' delivery of raisins contaminated with birdshot breached any contracts with Waymouth Farms?

                                                      Yes _____

                                                      No _____

    b. If no, proceed to question #2.
       If yes, what amount of money will fairly and adequately compensate Waymouth Farms for the damages directly caused by this breach?

                                                      $_____

SCANNED
NOV 08 2007
U.S. DISTRICT COURT MPLS

2. Was Waymouth Farms' failure to make payments as required by any contract a total breach of that contract, thereby excusing the defendants from any further requirements under that contract?

Yes __X__

No _____

   a. If yes, proceed to question #3.
      If no, what amount of money will fairly and adequately compensate Waymouth Farms for the damages directly caused by the defendants' failure to deliver the quantity of raisins required by the contracts?

      $ _____

3. Did the defendants prove that Waymouth Farms breached its contract with the defendants by failing to pay for raisins it received?

Yes __X__

No _____

   a. If no, proceed to question #4.
      If yes, what amount what amount of money will fairly and adequately compensate the defendants for the damages directly caused by Waymouth Farms' breach of contract?

      $ __14,343.07__

4. Did Marvin and Laura Horne dba Raisin Valley Farms enter into a contract to deliver raisins to Waymouth Farms?

Yes _____

No __X__

5. Were Marvin and Laura Horne dba Raisin Valley Farms members of Raisin Valley Farms Marketing?

Yes __X__

No _____

Dated: 11/7/07

Jury Foreperson

3